UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20166
18 U.S.C. § 1546(a)



UNITED STATES OF AMERICA

vs.

ALCIDES OROZCO CONTRERAS,

Defendant.
_____/

MAGISTRATE JUDGE
SIMONTON

# INDICTMENT

The Grand Jury charges that:

## COUNT 1
**Fraud and Misuse of Visas, Permits, and Other Documents**
**(18 U.S.C. § 1546(a))**

On or about January 5, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ALCIDES OROZCO CONTRERAS,**

did knowingly possess, use, and attempt to use a document prescribed by statute and regulation for entry into the United States and as evidence of authorized stay and employment in the United States, that is, a Venezuelan passport, which the defendant knew was forged, counterfeited, altered, and falsely made, and to have been otherwise procured by fraud, and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

## COUNT 2
**Fraud and Misuse of Visas, Permits, and Other Documents**
**(18 U.S.C. § 1546(a))**

On or about January 5, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

ALCIDES OROZCO CONTRERAS,

did knowingly possess, use, and attempt to use a document prescribed by statute and regulation for entry into the United States and as evidence of authorized stay and employment in the United States, that is, a United States permanent resident card, which the defendant knew was procured by means of a false claim and false statement, and to have been otherwise procured by fraud, and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL

FOREPERSON

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

JESSICA KAHN OBENAUF
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.

ALCIDES OROZCO CONTRERAS,

**CERTIFICATE OF TRIAL ATTORNEY\***

Defendant.  /

**Superseding Case Information:**

**Court Division:** (Select One)

- [✓] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [ ] FTP

New Defendant(s)  Yes [ ]  No [ ]
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  Yes
   List language and/or dialect  Spanish

4. This case will take  2-3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days       [ ]
   II   6 to 10 days      [ ]
   III  11 to 20 days     [ ]
   IV   21 to 60 days     [ ]
   V    61 days and over  [ ]

   (Check only one)
   Petty    [✓]
   Minor    [ ]
   Misdem.  [ ]
   Felony   [✓]

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  Yes [ ]  No [✓]

Jessica Kahn Obenauf
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0052716

\*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** ALCIDES OROZCO CONTRERAS

**Case No:** _____

Counts #: 1-2

Fraud and Misuse of Visas, Permits, and Other Documents

Title 18, United States Code, Section 1546(a)

**\*Max. Penalty: 10 Years' Imprisonment**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.